

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00206-CR

JAMES GLENN ROSS, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court at Law No. 2
Randall County, Texas
Trial Court No. 2024-5412-2, Honorable Matthew C. Martindale, Presiding

August 14, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Pursuant to a plea bargain agreement, Appellant, James Glenn Ross, Jr., was placed on deferred adjudication community supervision for fifteen months for assault family violence.[1]  The trial court's certification of Appellant's right of appeal reflects that this is a plea bargain case from which Appellant has no right of appeal and that Appellant has waived the right of appeal.  The certification comports with the record before the

---

[1] *See* TEX. PENAL CODE ANN. § 22.01.

Court. Notwithstanding the certification, Appellant filed a notice of appeal, pro se, challenging the trial court's order.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." By letter of July 21, 2025, we notified Appellant of the consequences of the trial court's certification and directed him to show grounds for continuing the appeal by July 31. Appellant has not filed a response or had any further communication with the Court to date.

Accordingly, we dismiss the appeal based on the trial court's certification. *See* TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.

2